**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 07-cv-00214-PSF-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: March 1, 2007** | **Courtroom Deputy:** Ben Van Dyke |

TYRONE W. ALLEN,                                         Pro se

    **Plaintiff,**

    v.

DENVER LENDING GROUP, INC., *et al.*,            Amanda Holland Halstead

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in Session:      3:30 p.m.**
Court calls case.  Appearances of counsel.

**ORDERED:**  Plaintiff's oral motion to withdraw Plaintiff's Motion Pursuant to Rule 65(i) [filed January 29, 2007; doc. 1] and the Amended Motion for Emergency Temporary Restraining Order [filed January 31, 2007; doc. 2] is granted. The motions are hereby withdrawn without prejudice.

**ORDERED:**  Defendant Denver District Court's Motion to Dismiss [filed February 28, 2007; doc. 10] is denied as moot.  Denver District Court is no longer a defendant in this action.

**ORDERED:**  The Motion to Dismiss Pursuant to Fed.R.Civ.P. 8(a), 12(b)(1), 12(b)(6), and 19 [filed February 2, 2007; doc. 5] is denied as moot.

HEARING CONCLUDED.

**Court in Recess**:      **3:57 p.m.**
Total In-Court Time:     00:27