IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00214-PSF-CBS

TYRONE W. ALLEN,
    Plaintiff,
v.

UNITED PROPERTIES AND CONSTRUCTION, INC.,
DYMANIC INTERNATIONAL FUNDING, INC.,
KEVIN CLARK,
DENVER LENDING GROUP, INC., and
BOB P. TAYLOR,
    Defendants.

## ORDER

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on "Plaintiff[']s Motion for a Stay of Proceedings Due to Actions in Denver District Court" (filed May 7, 2007) (doc. # 25). Pursuant to the Order of Reference dated January 31, 2007 (doc. # 3) and the memorandum dated May 9, 2007 (doc. # 26), this matter was referred to the Magistrate Judge.

Mr. Allen seeks a stay of the proceedings in this case, based upon a hearing set in Case No. 07CV161 in the Denver District Court for the City and County of Denver on May 24, 2007, involving the same parties and similar issues. Mr. Allen represents that his Motion is unopposed.

The court having reviewed the Motion and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

1.	"Plaintiff[']s Motion for a Stay of Proceedings Due to Actions in Denver District Court" (filed May 7, 2007) (doc. # 25) is GRANTED.

2.	**A status conference is hereby set on Thursday June 21, 2007 at 8:30 a.m.**

DATED at Denver, Colorado, this 16th day of May, 2007.

BY THE COURT:

 s/Craig B. Shaffer
United States Magistrate Judge