IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00214-PSF-CBS

TYRONE W. ALLEN,
    Plaintiff,
v.

UNITED PROPERTIES AND CONSTRUCTION, INC.,
DYMANIC [sic] INTERNATIONAL FUNDING, INC.,
KEVIN CLARK,
DENVER LENDING GROUP, INC., and
BOB P. TAYLOR,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on:

(1) "Defendants Bob P. Taylor and Denver Lending Group, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(5), 12(b)(1), 12(b)(6), 8(a), and 9(b)" (filed March 21, 2007) (doc. # 15);

(2) "Defendants Bob P. Taylor and Denver Lending Group, Inc.'s Motion to Strike Plaintiff's Cross Motion for Summary Judgment" (filed November 18, 2007) (doc.# 59);

(3) "Plaintiff[']s Crossmotion for Summary Judgment Pursuant to Local Rule 56(a) and Reply Pursuant to Defendants Taylor and Denver Lending Groups, Inc. Motions and Support Brief to Dismiss . . ." (filed November 16, 2007) (doc. # 61);

(4) "Plaintiff(s) [sic] Motion for Extention [sic] of Time to Correct Affidavits of Service" (filed November 27, 2007) (doc. # 64); and

(5) ". . . Plaintiff[']s Amended Motion to Dismiss Defendants Taylor and Denver Lending Groups, Inc. Motion to Dismiss Plaintiff's Amended Complaint . . ." (filed December 12, 2007) (doc. # 66).

Pursuant to the Order of Reference dated January 31, 2007 (doc. # 3) and the memoranda dated March 23, 2007 (doc. # 17), November 23, 2007 (doc. # 63), November 28, 2007 (doc. # 65), and December 13, 2007 (doc. # 70), these matters were referred to the Magistrate Judge. The court has reviewed the Motions, the entire case file, and the applicable law and is sufficiently advised in the premises. Accordingly,

1

IT IS ORDERED that:

1. In light of the court's acceptance on October 10, 2007 (*see* doc. # 48) of Mr. Allen's First Amended Complaint (doc. # 44), **"Defendants Bob P. Taylor and Denver Lending Group, Inc.'s Motion to Dismiss . . ." (filed March 21, 2007) (doc. # 15) is DENIED WITHOUT PREJUDICE AS MOOT**. Defendants Taylor and Denver Lending Group, Inc. have incorporated their Brief (doc. # 16) with their Motion to Dismiss Amended Complaint (doc. # 56).

2. **"Plaintiff[']s Crossmotion for Summary Judgment Pursuant to Local Rule 56(a) and Reply Pursuant to Defendants Taylor and Denver Lending Groups, Inc. Motions and Support Brief to Dismiss . . ." (filed November 16, 2007) (doc. # 61) is DENIED AS MOOT** because Mr. Allen has filed an "Amended Combined Motion and Brief in Support of Plaintiff[']s Motion for Summary Judgment. . ." (*see* doc. # 69) and because it was filed in violation of D.C. COLO. LCivR 7.1C. of the Local Rules of Practice of the United States District Court for the District of Colorado ("A motion shall not be included in a response or reply to the original motion. A motion shall be made in a separate paper.").

3. As the court has denied as moot "Plaintiff[']s Crossmotion for Summary Judgment . . ." (doc. # 61), **Defendants Bob P. Taylor and Denver Lending Group, Inc.'s Motion to Strike Plaintiff's Cross Motion for Summary Judgment" (filed November 18, 2007) (doc.# 59) is also DENIED AS MOOT**.

4. In light of the filing of the "corrected" affidavits of service on November 27, 2007 (*see* doc. # 64 at pp. 4-9 of 9), **"Plaintiff(s) [sic] Motion for Extention [sic] of Time to Correct Affidavits of Service" (filed November 27, 2007) (doc. # 64) is DENIED WITHOUT PREJUDICE AS UNNECESSARY**.

5. **". . . Plaintiff[']s Amended Motion to Dismiss Defendants Taylor and Denver Lending Groups, Inc. Motion to Dismiss Plaintiff's Amended Complaint . . ."**

**(filed December 12, 2007) (doc. # 66) is DENIED as a motion and shall be treated as Mr. Allen's Response** to "Defendants Bob P. Taylor and Denver Lending Group, Inc.'s Motion to Dismiss Amended Complaint . . ." (doc. # 56).

6. **Mr. Allen's "Reply Brief in Support of Plaintiff's Motion to Dismiss . . ." (doc. # 67) shall be treated as a supplemental Response** to "Defendants Bob P. Taylor and Denver Lending Group, Inc.'s Motion to Dismiss Amended Complaint . . ." (doc. # 56).

7. Defendants may file any reply to Mr. Allen's Response (doc. # 66) **on or before January 11, 2008**.

8. Defendants may file any response to Mr. Allen's "Amended Combined Motion . . . for Summary Judgment" (doc. # 69) **on or before January 11, 2008**.

9. Other than the briefing authorized by this Order, no further briefing on these pending matters may be filed without leave of court.

DATED at Denver, Colorado, this 19th day of December, 2007.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge