IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00214-LTB-CBS

TYRONE W. ALLEN,
    Plaintiff,
v.

UNITED PROPERTIES AND CONSTRUCTION, INC.,
DYMANIC [sic] INTERNATIONAL FUNDING, INC.,
KEVIN CLARK,
DENVER LENDING GROUP, INC., and
BOB P. TAYLOR,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on: (1) "Plaintiff(s) Request to Withdraw Notice and Combined Motion for Temporary Restraining Order Joiner [sic] of Persons Need for Just Adjucication [sic] C.R.C.P. 19(1)(2)(a) and Request for Receivership Pursuant to C.R.C.P. (d)(f) and Colorado Statue [sic] of Frauds Articles 38-8-108(c)(I)(II) (filed March 12, 2008) (doc. # 88); and (2) Mr. Allen's proposed "Order" (filed March 12, 2008) (doc. # 87) (docketed by the Clerk of the Court as "Motion for Order"). Pursuant to the Order of Reference dated January 31, 2007 (doc. # 3) and the memorandum dated March 13, 2008 (doc. # 89), these matters were referred to the Magistrate Judge. The court having reviewed the Motions, the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    "Plaintiff(s) Request to Withdraw Notice and Combined Motion for Temporary Restraining Order . . . (filed March 12, 2008) (doc. # 88) is GRANTED;

    2.    "Plaintiff's Notice and Combined Motion for Temporary Restraining Order . . ." (filed March 11, 2008) (doc. # 82) is hereby WITHDRAWN.

    3.    Mr. Allen's proposed "Order" (filed March 12, 2008) (doc. # 87) (docketed by

1

the Clerk of the Court as "Motion for Order") is DENIED as a motion and shall be treated as a proposed order.

DATED at Denver, Colorado, this 13th day of March, 2008.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge