**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00214-LTB-CBS

TYRONE W. ALLEN,

      Plaintiff,

v.

UNITED PROPERTIES AND CONSTRUCTION, INC.,
DYMANIC [sic] INTERNATIONAL FUNDING, INC.,
KEVIN CLARK,
DENVER LENDING GROUP, INC., and
BOB P. TAYLOR,

      Defendants.
_____

**ORDER**
_____

This case is before me on the recommendation of the Magistrate Judge issued and served on August 12, 2008 (Doc 102). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted as follows:

1. Defendants Denver Lending Group, Inc. and Bob P. Taylor's Motion to Dismiss Amended Complaint (Doc 56) is GRANTED and the claims against Defendants Denver Lending Group, Inc. and Bob P. Taylor are DISMISSED WITH PREJUDICE;

2. Plaintiff's Amended Combined Motion and Brief in Support of Plaintiff's Motion for Summary Judgment (Doc 69) is DENIED; and

3. Plaintiffs' Motion for Temporary Restraining Order Request for Receivership (Doc 85) is DENIED.

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: September 3, 2008