IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00214-LTB-CBS

TYRONE W. ALLEN,
      Plaintiff,
v.

UNITED PROPERTIES AND CONSTRUCTION, INC.,
DYMANIC [sic] INTERNATIONAL FUNDING, INC.,
KEVIN CLARK,[1]
      Defendants.

---

ORDER SETTING HEARING ON ORDER TO SHOW CAUSE

---

Magistrate Judge Craig B. Shaffer

      This civil action comes before the court for review of the court's Order to Show Cause (filed August 31, 2007) (doc. # 39). Pursuant to the Order of Reference dated January 31, 2007 (doc. # 3), this action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, . . . ."

      Proceeding *pro se*, Mr. Allen initiated this action on January 29, 2007. On March 1, 2007, Mr. Allen filed a "Civil Complaint" that removed Defendants Denver District Court and Denver Public Trustee's Office from the caption. (*See* doc. # 13). At a status conference held on July 9, 2007, the court directed Mr. Allen to serve or show proof of service on Defendants United Properties and Construction, Inc., Dymanic [sic] International Funding, Inc., and Kevin Clark within 14 days. (*See* Courtroom Minutes (doc. # 33)). As Mr. Allen had not filed proof of service or taken any further action in the case, on August 31, 2007 the court ordered Mr. Allen to show cause on or before September 14, 2007 why this civil action should not be dismissed with prejudice for failure to comply with the court's orders and rules, failure to timely serve Defendants, and failure to prosecute. (*See* doc.

---

[1] Defendants Denver Lending Group, Inc., and Bob P. Taylor were dismissed with prejudice from this action on September 3, 2008. (*See* doc. # 105).

# 39). The court warned Mr. Allen that failure to respond to the Order to Show Cause may result in a Recommendation for dismissal of this civil action. (*See id.*).

On September 14, 2007, October 22, 2007, and November 27, 2007, Mr. Allen filed purported Returns of Service on Defendants United Properties and Construction, Inc., Dymanic [sic] International Funding, Inc., and Kevin Clark. (*See* docs. # 40, # 54, and # 64). On October 10, 2007, the court noted that the Order to Show Cause was not discharged. (*See* doc. # 48 at p. 12 of 13).

The court having reviewed the Order to Show Cause, Mr. Allen's related filings, and the applicable law and being sufficiently advised in the premises,

IT IS ORDERED that:

1. **A hearing on the court's Order to Show Cause (doc. # 39) is set on Wednesday October 1, 2008 at 3:30 p.m.** in Courtroom A402, Fourth Floor of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, 80294.

2. **Mr. Allen is required to appear at the hearing in person** to present any evidence pertinent to proof of service on Defendants United Properties and Construction, Inc., Dymanic [sic] International Funding, Inc., and Kevin Clark.

DATED at Denver, Colorado, this 3rd day of September, 2008.

BY THE COURT:


   s/Craig B. Shaffer        
United States Magistrate Judge