**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00214-LTB-CBS

TYRONE W. ALLEN,

    Plaintiff,

v.

UNITED PROPERTIES AND CONSTRUCTION, INC.,
DYMANIC [sic] INTERNATIONAL FUNDING, INC., and
KEVIN CLARK,

    Defendants.
_____

**ORDER**
_____

This case is before me on the recommendation of the Magistrate Judge issued and served on October 6, 2008 (Doc 108). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and this case is DISMISSED WITH PREJUDICE.

                                                   BY THE COURT:

                                                 s/Lewis T. Babcock
                                                 Lewis T. Babcock, Judge

DATED:   October 28, 2008